**Opinion issued August 28, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00035-CV

_____

**SUSAN ANTHONY-POTTER, Appellant**

**V.**

**SCOTT MICHAEL POTTER, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-71147**

## MEMORANDUM OPINION

Appellant, Susan Anthony-Potter, has neither established indigence nor paid,

or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R.

APP. P. 20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

2